UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | Case Number: EP:15-CR-00921(1)-PRM G |
| | § | |
| (1) Eric Flores | § | |
| *Defendant* | | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) Eric Flores, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 21st day of October, 2015.

_____
(1) Eric Flores
*Defendant*

_____
Reginaldo Trejo Jr.
*Attorney for Defendant*