UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: EP:15-CR-00921(1)-PRM |
| | § | |
| (1) ERIC FLORES | § | |

### ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION AND ORDER SETTING SENTENCING

On this day, the Court considered the Report and Recommendation of the United States Magistrate Judge filed in the above-captioned cause. Pursuant to 28 U.S.C. § 636(b), this Court referred this cause to the Magistrate Judge to administer a guilty plea in accordance with Federal Rule of Criminal Procedure 11. Defendant consented to the administration of the guilty plea and allocution by the Magistrate Judge.

Having reviewed the Report and Recommendation, and there being no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C. § 636(b), the Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. Consequently, the Court is of the opinion that the Report and Recommendation should be approved and adopted, and Defendant's guilty plea should be accepted.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **APPROVED** and **ADOPTED** and that Defendant's guilty plea is **ACCEPTED**.

**IT IS FURTHERED ORDERED** that the above entitled and numbered case is set for SENTENCING in District Courtroom, Room 621, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on January 12, 2016 at 08:15 AM.

**SIGNED** this 28th day of October, 2015.

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE